IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**TONY D. MATHIS,**

    **Plaintiff,**

v.                                                        **CASE NO. 5:09-cv-65-RS/AK**

**WALTER MCNEIL, et al,**

    **Defendants.**
_____/

## REPORT AND RECOMMENDATION

Plaintiff filed the complaint in this cause of action on March 2, 2009, against several prison officials at Gulf Correctional Institution alleging verbal abuse and excessive force by several officers. (Doc. 1). By Order dated March 13, 2009, Plaintiff was directed to submit a partial filing fee of $6.16 on or before April 13, 2009. (Doc. 4). As of this date, no fee has been paid. An order to show cause was entered on April 16, 2009, (doc. 5), but there has been no response to it either.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. <u>Link v. Wabash Railroad</u>, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with two orders of this Court directing that he submit a partial filing fee (docs. 4 and 5), and he has not requested additional time or otherwise communicated with the Court about the prosecution of this lawsuit. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this *12th* day of May, 2009.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.